|  |  |
|---|---|
| NEXUS PLASTICS, INC. | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff(s) |  |
|  | Hon. Jose L. Linares |
| -vs- | Civil Action No. 09-0641   (JLL) |
| NEXUS RESIN GROUP, LLC |  |
|  | ORDER ON ORAL MOTION |
|  | SCHEDULING CONFERENCE |
| Defendant(s) |  |

**THIS MATTER** having been brought before the Court for a conference on December 3, 2009; and for good cause shown:

**IT IS** on this 4th day of December, 2009

**ORDERED THAT:**

1. Fact discovery shall close on **March 1, 2010.**

2. Affirmative expert reports shall be submitted by **April 1, 2010.**

3. Responding expert reports shall be submitted by **May 1, 2010.**

4. Expert discovery shall be completed by **June 1, 2010.**

5. There shall be an in person status/settlement conference, with clients present, before the Undersigned on **March 24, 2010 at 11:30 a.m.** at the Martin Luther King Jr, Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Courtroom 2B, Newark, New Jersey.  By **March 17, 2010**, each party shall deliver directly to the Undersigned by mail or facsimile a confidential settlement position statement, not to exceed **five (5) pages** summarizing the client's position on settlement.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File